**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. 18-CR- |
| ROLDOLFO "RUDY" DELGADO | § § § | **H18-0129M** |

## MOTION TO SEAL CRIMINAL COMPLAINT

COMES NOW the United States of America, by and through the United States Attorney for the Southern District of Texas and undersigned counsel, and moves this Honorable Court to seal the Criminal Complaint, this Motion, and Order to Seal and in support thereof would state the following:

The Criminal Complaint contains information obtained as the result of a continuing investigation into violations of federal laws involving violations of Title 18 U.S.C. § 666 (Bribery concerning programs receiving federal funds). The complaint should be sealed to allow for the arrest of the defendants and to prevent the destruction of potential evidence, except that copies shall be given to the United States Attorney's Office and the relevant investigative agency for their investigative needs.

THEREFORE, the Government requests that the Criminal Complaint, this Motion, and the Order, and for the above named defendants be filed under seal.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

Respectfully submitted,

*Julie N. Searle*
Julie N. Searle
Assistant United States Attorney
Southern District of Texas
Direct Line: (713) 567-9438
Email: Julie.Searle@usdoj.gov

Robert Guerra
Assistant United States Attorney
Southern District of Texas
Direct Line: (956) 992-9354
Email: Robert.Guerra@usdoj.gov

Todd Gee
Trial Attorney
Public Integrity Section
Criminal Division
Direct Line: (202) 514-9754
Email: Todd.Gee2@usdoj.gov