

FEB - 5 2018

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. 18-CR-0129M |
| ROLDOLFO "RUDY" DELGADO | § § § | |

## MOTION TO UNSEAL CRIMINAL COMPLAINT

COMES NOW the United States of America, by and through the United States Attorney for the Southern District of Texas and Assistant United States Attorney, Julie N. Searle, and moves this Honorable Court to unseal the Criminal Complaint, this Motion, and Order to Unseal and in support thereof would state the following:

The Criminal Complaint contains information obtained as the result of a continuing investigation into violations of federal laws involving violations of Title 18 U.S.C. § 666 (Bribery concerning programs receiving federal funds). The defendant has been arrested. THEREFORE, the Government requests that the Criminal Complaint, this Motion, and the Order, and for the above named defendants be unsealed.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

Respectfully submitted,

Julie N. Searle
Julie N. Searle
Assistant United States Attorney
Southern District of Texas
Direct Line: (713) 567-9438

Email: Julie.Searle@usdoj.gov

Robert Guerra
Assistant United States Attorney
Southern District of Texas
Direct Line: (956) 992-9354
Email: Robert.Guerra@usdoj.gov

Todd Gee
Trial Attorney
Public Integrity Section
Criminal Division
Direct Line: (202) 514-9754
Email: Todd.Gee2@usdoj.gov