UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CASE NUMBER: 4:18-mj-00129 |
| RODOLFO RUDY DELGADO | § | |

**UNOPPOSED MOTION TO TRAVEL**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES RODOLFO RUDY DELGADO, Defendant by and through his undersigned counsel, and brings this Motion for Permission to Travel, and in support hereof, Defendant would show the Court the following:

Defendant is currently on bond, and is in compliance with all conditions of pretrial release. Defendant respectfully seeks permission from the Court to travel from McAllen, Texas to San Antonio, Texas then to Austin, Texas. The purpose for the travel is to meet with undersigned counsel, and then participate in several other meetings scheduled with two different attorneys in Austin. All of these meetings are for the express purpose of attorney/client consultation regarding the pending criminal case and Defendant's administrative issues relative to the instant case and its impact on his judicial position. Additionally, this week will mark the one-year anniversary of his son's death in Austin, and Defendant and his wife want to travel to Austin to visit the place of his death in memory of their son for emotional reasons. Defendant plans to travel on Friday, February 23, 2018 to San Antonio, Texas and return to McAllen, Texas on Monday, February 26, 2018.

Undersigned counsel communicated with Assistant United States Attorney Julie Searle and she indicated that the government does not object to the Motion to Travel. Undersigned counsel's office also conferred with Mr. Delgado's Pretrial Officer, Mrs. Laura Iglesias who stated she has no objections to the travel.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Honorable Court will grant his permission to travel.

    Respectfully submitted,

    /s/ Michael McCrum
    Michael McCrum
    McCRUM LAW OFFICE
    404 E. Ramsey Road, Suite 102
    San Antonio, TX 78216
    (210) 225-2285
    (210) 225-7045 (fax)
    michael@mccrumlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Unopposed Motion to Substitute Counsel has been filed electronically, on this the 23rd day of February 2018 and a copy sent to the United States Attorney's Office, and all other counsel through the Court's electronic filing system.

    */s/Michael McCrum*
    Michael McCrum

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | CASE NUMBER: 4:18-mj-00129 |
| | § § | |
| RODOLFO RUDY DELGADO | | |

## **ORDER**

On this date came on to be considered the Defendant's Motion for Permission to Travel. The Court finds the motion is well-founded; therefore, it is hereby GRANTED.

IT IS HEREBY ORDERED that Defendant Rodolfo Rudy Delgaldo is permitted to travel on Friday, February 22, 2018, through Monday, February 26, 2018 from McAllen, Texas to San Antonio, Texas, and Austin, Texas, then return to McAllen, Texas.

IT IS FURTHER ORDERED that Defendant is ordered to continue to abide by all conditions of release previously ordered by this court except as specifically authorized by this order.

SIGNED AND ENTERED, on this the _____ day of February 2018.

_____
U.S. MAGISTRATE JUDGE

3