UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CASE NUMBER: 18-CR-115 |
| RODOLFO RUDY DELGADO | § § | |

**UNOPPOSED MOTION TO TRAVEL**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES RODOLFO RUDY DELGADO, Defendant by and through his undersigned counsel, and brings this Unopposed Motion for Permission to Travel, and in support hereof, Defendant would show the Court the following:

Defendant is currently on bond, and is in compliance with all conditions of pretrial release. Defendant respectfully seeks permission from the Court to travel from McAllen, Texas to San Antonio, Texas then to Austin, Texas. The purpose for the travel is to meet with undersigned counsel on Tuesday, March 6, 2018, and then meet with his attorney in Austin. The requested travel would be leaving the McAllen area on Tuesday, March 6, 2018, and returning Wednesday, March 7. These meetings are for the express purpose of attorney/client consultation regarding the pending criminal case and Defendant's administrative issues relative to the instant case and its impact on his judicial position.

Undersigned counsel communicated with Assistant United States Attorney Julie Searle and she indicated that the government does not object to the Motion to Travel.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Honorable Court will grant his permission to travel.

>Respectfully submitted,
>
>/s/ Michael McCrum
>Michael McCrum
>McCRUM LAW OFFICE
>404 E. Ramsey Road, Suite 102
>San Antonio, TX 78216
>(210) 225-2285
>(210) 225-7045 (fax)
>michael@mccrumlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Unopposed Motion to Travel has been filed electronically, on this the 5th day of March 2018 and a copy sent to the United States Attorney's Office, and all other counsel through the Court's electronic filing system.

>*/s/Michael McCrum*
>Michael McCrum

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | CASE NUMBER: 18-CR-115 |
| RODOLFO RUDY DELGADO | § | |

## **ORDER**

On this date came on to be considered the Defendant's Unopposed Motion for Permission to Travel. The Court finds the motion is well-founded; therefore, it is hereby GRANTED.

IT IS HEREBY ORDERED that Defendant Rodolfo Rudy Delgaldo is permitted to travel on Tuesday, March 6, 2018, through Wednesday, March 7, 2018 from McAllen, Texas to San Antonio, and Austin, Texas, then return to McAllen, Texas.

IT IS FURTHER ORDERED that Defendant is ordered to continue to abide by all conditions of release previously ordered by this court except as specifically authorized by this order.

SIGNED AND ENTERED, on this the _____ day of March 2018.

_____
U.S. MAGISTRATE JUDGE