United States District Court
Southern District of Texas
**ENTERED**
March 05, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| vs | § § | Criminal H 4:18-cr-115-1 |
| Rodolfo Rudy Delgado | § § § § | Judge Alfred H. Bennett |

## SCHEDULING ORDER

1. MOTIONS will be filed by     March 26, 2018

2. RESPONSES will be filed by     April 5, 2018

3. Proposed voir dire and charge to be filed by     April 19, 2018

4. PRETRIAL CONFERENCE is set for     May 3, 2018 at 2:30 p.m.

5. JURY selection and TRIAL set for     May 7, 2018 at 9:00 a.m.

6. Speedy trial limits waived? (yes/no)     _____

7. Estimated Trial Time     _____

Direct questions about this schedule to Lisa Edwards, Case Manager to United States District Judge Alfred H. Bennett at Lisa_Edwards@txs.uscourts.gov (713) 250-5849.

SIGNED ON **March 5, 2018** at Houston, Texas.

_____
United States Magistrate Judge