United States District Court
Southern District of Texas

**ENTERED**

July 09, 2018

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 18-CR-00115 |
| | § | |
| RODOLFO "RUDY" DELGADO | § | |

## ORDER

On this _____ day of _____, 2018, came on to be heard the Waiver of Arraignment in the above and forgoing cause. After due consideration of same, and the Court being satisfied that the Court's acceptance of written waiver in lieu of Defendant's personal appearance at an arraignment hearing will cause no harm to the rights of the Defendant, the same is hereby **GRANTED**, and it is therefore, **ORDERED, ADJUDGED AND DECREED** that said Waiver of Arraignment is accepted by the Court, and that no arraignment hearing shall be conducted in this case.

Signed and Entered this __9__ day of __July_____, 2018.

_Dena Palermo_

STEPHEN SMITH
UNITED STATES MAGISTRATE JUDGE