United States District Court
Southern District of Texas
**ENTERED**
July 09, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| vs | § § | Criminal H 18-115 |
| Rodolfo Rudy Delgado | § § § | Judge Alfred H. Bennett |

## SCHEDULING ORDER

1. MOTIONS will be filed by     July 30, 2018

2. RESPONSES will be filed by     August 9, 2018

3. Proposed voir dire and charge to be filed by     August 30, 2018

4. PRETRIAL CONFERENCE is set for     September 6, 2018 at 3:30 p.m.

5. JURY selection and TRIAL set for     September 10, 2018 at 9:00 a.m.

6. Speedy trial limits waived? (yes/no)

7. Estimated Trial Time

Direct questions about this schedule to Lisa Edwards, Case Manager to United States District Judge Alfred H. Bennett at Lisa_Edwards@txs.uscourts.gov (713) 250-5849.

SIGNED ON July 9, 2018, at Houston, Texas.

_Dena Palermo_
United States Magistrate Judge