# PROSECUTIONS OF PUBLIC OFFICIALS IN
# SAME FEDERAL TEXAS DIVISIONS WHERE ALLEGED CRIMES OCCURRED

1. **ELOY INFANTE & ELPIDIO YANEZ, JR.**
    a. <u>Positions</u>: elected School Board members, Donna Indep. School District
    b. <u>Charges</u>: Bribery
    c. <u>Location of Alleged Crimes</u>: **MCALLEN DIVISION**
    d. <u>Prosecution in Federal Judicial Division</u>: **MCALLEN DIVISION**

2. **BRIGIDO MARMOLEJO**
    a. <u>Position</u>: elected Sheriff of Hidalgo County, McAllen, Texas
    b. <u>Charges</u>: Bribery
    c. <u>Location of Alleged Crimes</u>: **MCALLEN DIVISION**
    d. <u>Prosecution in Federal Judicial Division</u>: **MCALLEN DIVISION**

3. **GUADALUPE TREVINO**
    a. <u>Position</u>: elected Sheriff of Hidalgo County, McAllen, Texas
    b. <u>Charges</u>: illegal campaign contributions from drug trafficker
    c. <u>Location of Alleged Crimes</u>: **MCALLEN DIVISION**
    d. <u>Prosecution in Federal Judicial Division</u>: **MCALLEN DIVISION**

4. **JONATHAN TREVINO, ALEXIS ESPINOZA & 9 OTHER CO-DEFENDANTS**
    a. <u>Positions</u>:
        i. Jonathan Trevino
            - - Mission Police Officer and son of Hidalgo County Sheriff
        ii. Alexis Espinoza
            - - Mission Police Officer and son of City of Hidalgo Police Chief
        iii. 9 other co-defendants
            - - Deputies of Hidalgo County Sheriff's Department
    b. <u>Charges</u>: embezzlement and drug distribution
    c. <u>Location of Alleged Crimes</u>: **MCALLEN DIVISION**
    d. <u>Prosecution in Federal Judicial Division</u>: **MCALLEN DIVISION**

5. **EUGENIO FALCON, JR.**
    a. <u>Position</u>: elected Sheriff of Starr County in McAllen Division
    b. <u>Charges</u>: Bribery
    c. <u>Location of Alleged Crimes</u>: **MCALLEN DIVISION**
    d. <u>Prosecution in Federal Judicial Division</u>: **MCALLEN DIVISION**

6. **MARIA DEL CARMEN PENA**
    a. Position:  elected County Tax Assessor Collector, Starr County in McAllen Division
    b. Charges:  Bribery
    c. Location of Alleged Crimes: **MCALLEN DIVISION**
    d. Prosecution in Federal Judicial Division: **MCALLEN DIVISION**

7. **ABEL CORRAL LIMAS**
    a. Position:  elected Texas State District Judge, sitting in Cameron County in Brownsville Division
    b. Charges:  Bribery
    c. Location of Alleged Crimes: **BROWNSVILLE DIVISION**
    d. Prosecution in Federal Judicial Division: **BROWNSVILLE DIVISION**

8. **CONRADU CANTU, RUMALDO RODRIGUEZ, & GERONIMO GARCIA**
    a. Positions:
        i. Conradu Cantu
            - - elected Sheriff of Cameron County in Brownsville Division
        ii. Rumaldo Rodriguez
            - - Captain, Cameron County Sheriff's Department
        iii. Geronimo Garcia
            - - County Jail Commissioner
    b. Charges: Conspiracy to commit bribery, extortion, obstruction of state and local law enforcement, witness tampering, and other crimes.
    c. Location of Alleged Crimes: **BROWNSVILLE DIVISION**
    d. Prosecution in Federal Judicial Division: **BROWNSVILLE DIVISION**

9. **REYMUNDO GARCIA**
    a. Position:  elected Sheriff of Starr County in Brownsville Division
    b. Charges:  Use of False Document to Avoid Apprehension and Drug Trafficking
    c. Location of Alleged Crimes: **BROWNSVILLE DIVISION**
    d. Prosecution in Federal Judicial Division: **BROWNSVILLE DIVISION**

10. **JIM SOLIS**
    a. Position:  elected Texas State Representative in District 38, Brownsville and other cities
    b. Charges:  Bribery
    c. Location of Alleged Crimes: **BROWNSVILLE DIVISION**
    d. Prosecution in Federal Judicial Division: **BROWNSVILLE DIVISION**

### 11. ARMANDO VILLALOBOS
    a. <u>Position</u>:  elected District Attorney, Cameron County in Brownsville Division
    b. <u>Charges</u>:  Bribery & Extortion
    c. <u>Location of Alleged Crimes</u>: **BROWNSVILLE DIVISION**
    d. <u>Prosecution in Federal Judicial Division</u>: **BROWNSVILLE DIVISION**

### 12. ROMEO RAMIREZ
    a. <u>Position</u>:  elected Sheriff of Zapata County in Laredo Division
    b. <u>Charges</u>:  Bribery
    c. <u>Location of Alleged Crimes</u>: **LAREDO DIVISION**
    d. <u>Prosecution in Federal Judicial Division</u>: **LAREDO DIVISION**

### 13. MIKE MONTEMAYOR
    a. <u>Position</u>: elected County Commissioner of Webb County in Laredo Division
    b. <u>Charges</u>:  Bribery
    c. <u>Location of Alleged Crimes</u>: **LAREDO DIVISION**
    d. <u>Prosecution in Federal Judicial Division</u>: **LAREDO DIVISION**

### 14. JOSE MARCELINO RUBIO, SR; RAMON VILLAFRANCA; DOMINGO DIMAS & AUGUSTIN MENDOZA
    a. <u>Position</u>:
        i. Jose Marcelino Rubio, Sr.
            - - father of then sitting and long-time District Attorney in Laredo, Texas
        ii. Ramon Villafranca
            - - Assistant District Attorney serving under District Attorney Jose Rubio
        iii. Domingo Dimas
            - - Investigator employed by District Attorney Jose Rubio
        iv. Augustin Mendoza
            - - Investigator employed by District Attorney Jose Rubio
    b. <u>Charges</u>:  Conspiracy to Commit, and Committing, Official Extortion
    c. <u>Location of Alleged Crimes</u>: **LAREDO DIVISION**
    d. <u>Prosecution of Alleged Crimes</u>: **LAREDO DIVISION**

### 15. CARLOS URESTI, JR.
    a. <u>Position</u>:  elected State Senator, district based in San Antonio Division
    b. <u>Charges</u>:  Fraud
    c. <u>Location of Alleged Crimes</u>: **SAN ANTONIO DIVISION**
    d. <u>Prosecution in Federal Judicial Division</u>: **SAN ANTONIO DIVISION**

16. **ANGUS MCGINTY**
    a. Position:  elected Texas State District Judge, Bexar County, San Antonio in San Antonio Division
    b. Charges:  Bribery
    c. Location of Alleged Crimes: **SAN ANTONIO DIVISION**
    d. Prosecution in Federal Judicial Division: **SAN ANTONIO DIVISION**

17. **WILLIAM JAMES JONAS, III**
    a. Position:  elected City Attorney in Crystal City, San Antonio Division
    b. Charges:  Bribery
    c. Location of Alleged Crimes: **SAN ANTONIO DIVISION**
    d. Prosecution in Federal Judicial Division: **SAN ANTONIO DIVISION**

18. **RICARDO LOPEZ**
    a. Position:  elected Mayor of Crystal City, San Antonio Division
    b. Charges:  Bribery
    c. Location of Alleged Crimes: **SAN ANTONIO DIVISION**
    d. Prosecution in Federal Judicial Division: **SAN ANTONIO DIVISION**

19. **CESAR IRACHETA**
    a. Position:  elected Justice of the Peace, Maverick County in Del Rio Division
    b. Charges:  Bribery
    c. Location of Alleged Crimes: **DEL RIO DIVISION**
    d. Prosecution in Federal Judicial Division: **DEL RIO DIVISION**

20. **RAMIRO RAMON**
    a. Position:  elected County Commissioner, Val Verde County in Del Rio Division
    b. Charges:  Bribery
    c. Location of Alleged Crimes: **DEL RIO DIVISION**
    d. Prosecution in Federal Judicial Division: **DEL RIO DIVISION**