UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § § § § | CRIMINAL NO. 15-cr-118 |
| RODOLFO "RUDY" DELGADO | § | |

## GOVERNMENT'S NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW the United States of America, by and through its United States Attorney for the Southern District of Texas, Ryan Patrick, and through the undersigned Assistant United States Attorney, Julie Searle, and hereby notifies this Honorable Court that the above-captioned case has been transferred from Julie Searle to Arthur Jones.

Respectfully submitted,

RYAN PATRICK
UNITED STATES ATTORNEY

 /s/
Julie N. Searle
Assistant United States Attorney
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, Texas 77002

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Julie N. Searle
Julie N. Searle
Assistant United States Attorney