| Publication | Date | Title | Link |
|---|---|---|---|
| The Monitor | Feb 5, 2018 | State District Judge Rudy Delgado charged with bribery | https://www.themonitor.com/news/local/article_02df3f08-0a97-11e8-826d-d31c02d2d546.html |
| The Monitor | Feb 5, 2018 | Attorney: District Judge Rudy Delgado arrested | https://www.themonitor.com/news/local/article_ec58f6b4-089a-11e8-8700-abbb551ae59f.html |
| The Monitor | Feb 6, 2018 | Complaint: Judge took bribes for 'favors' on cases | https://www.themonitor.com/news/local/article_fd76690c-0afe-11e8-b2fa-47378545eb54.html |
| The Monitor | Feb 15, 2018 | Venue change sought in judge's bribery case | https://www.themonitor.com/news/local/article_241579d2-1206-11e8-a1d6-6b88891e8da8.html |
| The Monitor | Feb 17, 2018 | Law professor: 'Tactical' advantage argument not enough for venue change | https://www.themonitor.com/news/local/article_75bbfb8e-145f-11e8-9748-83dd891bdcc7.html |
| The Monitor | Feb 23, 2018 | Judge charged with bribery asks to replace attorneys | https://www.themonitor.com/news/local/article_9c224fd0-1856-11e8-9d81-2bbc409fb7d0.html |
| The Monitor | Feb 26, 2018 | Motion to replace attorneys in judge's bribery case granted | https://www.themonitor.com/news/local/article_a6d33a48-1b58-11e8-afc7-2f89a04e1086.html |
| The Monitor | Mar 1, 2018 | State judge formally indicted on bribery charges, suspended by state commission | https://www.themonitor.com/news/local/article_a49ce7c6-1dd1-11e8-aaf2-a3b4c9767096.html |
| The Monitor | Mar 5, 2018 | Delgado's pension safe despite suspension of salary | https://www.themonitor.com/news/local/article_12bec222-20ef-11e8-8376-e782e0d282b7.html |
| The Monitor | Mar 5, 2018 | State judge pleads not guilty to federal bribery charges | https://www.themonitor.com/news/local/article_e864aac8-20c1-11e8-b4ec-178431201536.html |
| The Monitor | Mar 7, 2018 | Dori Contreras secures Democratic nomination for chief justice of 13th Court of App | https://www.themonitor.com/news/local/article_37f2768a-225a-11e8-9639-9386f3a125cc.html |
| The Monitor | Mar 14, 2018 | County commissioners suspend Delgado's supplemental stipend | https://www.themonitor.com/news/local/article_fac45468-27f4-11e8-8a55-3bf3ba123d0f.html |
| The Monitor | Apr 3, 2018 | Delgado lawyer asks for continuance in bribery case | https://www.themonitor.com/news/local/article_40917b9e-36da-11e8-b0c8-8b96f19231f9.html |
| The Monitor | Apr 10, 2018 | Court grants continuance in district judge's bribery case | https://www.themonitor.com/news/local/article_748b12b4-3d2b-11e8-be5f-637161c417da.html |
| The Monitor | Apr 30, 2018 | District Judge "Rudy" Delgado resigns | https://www.themonitor.com/news/local/article_a1378e0e-4cdb-11e8-b8c4-37f4311bfc60.html |
| The Monitor | Apr 30, 2018 | UPDATE: District Judge "Rudy" Delgado resigns | https://www.themonitor.com/news/local/article_758a6814-4c98-11e8-b300-9724ebaac996.html |
| The Monitor | Apr 30, 2018 | NOON FIX: Judge "Rudy" Delgado expected to announce retirement; | https://www.themonitor.com/news/local/article_919b5312-4c96-11e8-a160-3f5d20f49d7d.html |
| The Monitor | May 4, 2018 | Feds back at Hidalgo County Courthouse | https://www.themonitor.com/news/local/article_b9a890ee-4fe4-11e8-98fa-6b35a9d18566.html |
| The Monitor | May 7, 2018 | Party in limbo: Democratic options limited for candidacy of judge under indictment | https://www.themonitor.com/news/local/article_63fd6076-51a0-11e8-97c3-8f7623bf2fdc.html |
| The Monitor | May 31, 2018 | Dems hold mixer for 93rd District Court candidates | https://www.themonitor.com/news/local/article_ddb700b6-6523-11e8-8161-9374050b02fb.html |
| The Monitor | Jun 14, 2018 | Government informant pleads guilty to bribing longtime judge | https://www.themonitor.com/news/local/article_c2940cc0-6f41-11e8-b030-73f1bbbc9948.html |
| The Monitor | Jun 14, 2018 | Attorneys seeking 93rd state district judgeship lining up for place on ballot | https://www.themonitor.com/news/local/article_40e10ca2-703e-11e8-b3f6-c7bd29e72e21.html |
| The Monitor | Jun 16, 2018 | 93rd District Court candidates attempt to woo precinct chairs | https://www.themonitor.com/news/local/article_aef8231a-71dd-11e8-a485-7b7691945bd1.html |
| The Monitor | Jun 19, 2018 | Abbott appoints Tijerina to fill vacancy in 93rd district court | https://www.themonitor.com/news/local/article_e40fc26c-68c6-11e8-9bf8-bfaadf3fd02f.html |
| The Monitor | Jun 20, 2018 | Delgado facing conspiracy charge | https://www.themonitor.com/news/local/article_99bfb8d2-74f3-11e8-8dce-f30c363e6e5b.html |
| The Monitor | Jun 28, 2018 | Precinct chairs to decide Democratic nomination for 93rd district court | https://www.themonitor.com/news/local/article_59e73284-7b39-11e8-ae4d-83ed3e55b5b2.html |
| The Monitor | Jun 29, 2018 | Democrats pick retired judge for 93rd court | https://www.themonitor.com/news/local/article_c7135178-7c13-11e8-9208-c3c13dcb4113.html |
| The Monitor | Jun 29, 2018 | Precinct chairs to decide Democratic nomination for 93rd district court | https://www.themonitor.com/news/local/article_9587b370-7b9a-11e8-a0b9-0f7fe992341f.html |
| The Monitor | Jul 19, 2018 | Hidalgo GOP accepting applications for district judge candidates | https://www.themonitor.com/news/local/article_4cff96c4-8b7e-11e8-a933-ef6a44b70733.html |
| The Monitor | Jul 26, 2018 | Delgado charged with obstruction of justice in new filing related to bribery case | https://www.themonitor.com/news/local/article_085d18c4-912e-11e8-9151-47059f10a450.html |
| The Monitor | Aug 1, 2018 | Delgado wants trial pushed to 2019; government unopposed | https://www.themonitor.com/news/local/article_0600f698-9513-11e8-bc78-932d3b170284.html |
| The Monitor | Aug 7, 2018 | Court grants motion to delay ex-judge's bribery trial into 2019 | https://www.themonitor.com/news/local/article_70f5bfd0-99d5-11e8-a084-5f416d908d0c.html |
| The Monitor | Aug 8, 2018 | LETTERS: Environmentalists, Delgado's trial | https://www.themonitor.com/opinion/letters/article_fd830dc8-9ab5-11e8-a1e1-6f3fb3359562.html |
| The Monitor | Aug 14, 2018 | Delgado requests trial to be held in McAllen, gov't opposed | https://www.themonitor.com/news/local/article_f427ce38-9f6c-11e8-9637-27388323eacb.html |