

United States | English (javascript://)    Saved trips (#)    Contact us (https://www.united.com/web/en-US/content/Contact/default.aspx)

MileagePlus: Sign in or join (https://www.united.com/web/en-US/apps/account/account.aspx)

To
Houston, TX, US (IAH - Intercontinental)

Departure date: Feb 18, 2019
Return date: Feb 22, 2019
Search by: ● Price  ○ Award travel

Update

Advanced search

**New** All fares shown are the total price roundtrip, per person. Fares include taxes and fees. Additional bag charges may apply. (https://www.united.com/cms/en-US/travel/pages/checkedbaggage)

**Economy (lowest)**
All prices are roundtrip

| Sat 2/16 | Sun 2/17 | Mon 2/18 | Tue 2/19 | Wed 2/20 |
|---|---|---|---|---|
| $253 | $253 | **$425** | $415 | $415 |

Are your dates flexible? Find low fares +/- 3 days (#)

## Departure: Select your flight

McAllen, TX, US → Houston, TX, US

Show fare type comparison (#)



☑ Nonstop  $425

| Depart (#) | Arrive (#) | Stops (#) | Duration (#) | | Economy (#) | Economy (flexible) (#) | First (lowest) (#) |
|---|---|---|---|---|---|---|---|
| 11:55 am | 1:05 pm | Nonstop | 1h 10m (#) | ▶ Details (#flight-details-4) ▶ Seats (#seatmap-details-4) | Roundtrip $485 Select | Roundtrip $1,095 Select | Not available |
| Operated By Expressjet Airlines Dba United Express | | | | | | | |
| ✈ Recommended flight ❓ | | | | | | | |
| 7:15 am | 8:23 am | Nonstop | 1h 8m (#) | ▶ Details (#flight-details-2) ▶ Seats (#seatmap-details-2) | Roundtrip $425 Select | Roundtrip $1,095 Select | Roundtrip $635 Select |
| 5:34 am | 6:45 am | Nonstop | 1h 11m (#) | ▶ Details (#flight-details-1) ▶ Seats (#seatmap-details-1) | Roundtrip $425 Select | Roundtrip $1,095 Select | Not available |
| Operated By Expressjet Airlines Dba United Express | | | | | | | |
| 7:15 am | 8:23 am | Nonstop | 1h 8m (#) | ▶ Details (#flight-details-2) ▶ Seats (#seatmap-details-2) | Roundtrip $425 Select | Roundtrip $1,095 Select | Roundtrip $635 Select |
| 9:40 am | 10:53 am | Nonstop | 1h 13m (#) | ▶ Details (#flight-details-3) ▶ Seats (#seatmap-details-3) | Roundtrip $425 Select | Roundtrip $1,095 Select | Roundtrip $635 Select |
| 11:55 am | 1:05 pm | Nonstop | 1h 10m (#) | ▶ Details (#flight-details-4) ▶ Seats (#seatmap-details-4) | Roundtrip $485 Select | Roundtrip $1,095 Select | Not available |
| Operated By Expressjet Airlines Dba United Express | | | | | | | |
| 2:15 pm | 3:28 pm | Nonstop | 1h 13m (#) | ▶ Details (#flight-details-5) ▶ Seats (#seatmap-details-5) | Roundtrip $485 Select | Roundtrip $1,095 Select | Not available |
| Operated By Expressjet Airlines Dba United Express | | | | | | | |
| | | | | | Roundtrip | Roundtrip | |

| 5:15 pm | 6:28 pm | Nonstop | 1h 13m (#) | ▶ Details (#flight-details-6) | $425 <br> Select | $1,095 <br> Select | Not available |
|---|---|---|---|---|---|---|---|
| Operated By Expressjet Airlines Dba United Express | | | | ▶ Seats (#seatmap-details-6) | | | |

Award miles shown are the miles that can be earned for this flight. Mileage accrued will vary depending on the terms and conditions of your frequent flyer program. United MileagePlus mileage accrual and other benefits of MileagePlus associated with air travel are subject to the rules of the MileagePlus program.

You will not earn PQD or award miles for the full amount of the displayed price for these itineraries because the U.S. Federal Transportation tax is not eligible to earn PQD or miles.

The award miles and Premier qualifying dollars displayed are calculated using the base fare and any applicable carrier-imposed surcharges for the itinerary. The initial calculation of MileagePlus earnings in the flight search results may be different than the final calculation shown on the Review Trip Itinerary page.



About United (https://www.united.com/web/en-US/content/company/default.aspx)

Products & services (https://www.united.com/web/en-US/content/products/default.aspx)       Popular destinations (#)

Important notices (https://www.united.com/CMS/en-US/travel/news/Pages/travelnotices.aspx)

Contract of carriage (https://www.united.com/web/en-US/content/contract.aspx)
Lengthy tarmac delay plan (https://www.united.com/web/en-US/content/tarmacdelay.aspx)
Legal information (https://www.united.com/web/en-US/content/legal.aspx)

Our United Customer Commitment (https://www.united.com/web/en-US/content/customerfirst.aspx)
Special travel needs (https://www.united.com/web/en-US/apps/vendors/out.aspx?i=assistance)
Privacy Policy (http://www.united.com/ual/en/us/fly/privacy.html)

United Jetstream (https://Jetstream.united.com/)
Cargo (http://www.unitedcargo.com/)
Site map (https://www.united.com/web/en-US/apps/search/default.aspx)

STAY CONNECTED
(https://www.united.com/web/en-US/content/travel/wireless/default.aspx)
hub (http://hub.united.com/)
(https://www.united.com/web/en-US/apps/vendors/out.aspx?i=facebook)
(https://www.united.com/web/en-US/apps/vendors/out.aspx?i=twitter)
(https://www.united.com/web/en-US/apps/vendors/out.aspx?i=youtube)
(https://www.united.com/web/en-US/apps/vendors/out.aspx?i=instagram)
(https://www.united.com/web/en-US/apps/vendors/out.aspx?i=linkedin)

A STAR ALLIANCE MEMBER (https://www.united.com/web/en-US/content/company/alliance/star.aspx)
Copyright © 2018 United Airlines, Inc. All rights reserved.

⬈ Indicates an external site that may or may not meet accessibility guidelines.