UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                          Case Number: 4:18–cr–00115

Rodolfo Rudy Delgado

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 8C
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  10/19/2018

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Motion Hearing
Motion to Change Venue – #59
Reply to Response – #62

Date:   September 11, 2018

David J. Bradley, Clerk