USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

**HOUSTON DIVISION**

United States Court
Southern District of Texas
FILED
NOV 15 2018
David J. Bradley, Clerk of Court

No. H-18-CR-115-S3

USAO Number: 2017R00311

Magistrate Number: 4:18-MJ-129

SUPERSEDING INDICTMENT

Filed                                    Judge: Alfred H. Bennett

**UNITED STATES of AMERICA**
vs.

**ATTORNEYS:**

RYAN K. PATRICK, USA                    (713) 567-9000

ARTHUR R. JONES, AUSA                   (713) 567-9357

RODOLFO "RUDY" DELGADO

Michael W. McCrum — Appt'd ☐ / Private ☑

**CHARGE:**
Ct. 1: Conspiracy [18 USC § 371]
Cts. 2-4: Federal Program Bribery [18 USC § 666(a)(1)(B)]
Cts. 5-7: Travel Act [18 USC § 1952(a)(3)]
Ct. 8: Obstruction of Justice [18 USC § 1512(c)(2)]

**(TOTAL) (COUNTS:) ( 8 )**

**PENALTY:**
Ct. 1: Up to 5 years in prison; up to $250,000.00 fine; up to 3 years of supervised release; $100.00 special assessment.
Cts. 2-4: Up to 10 years in prison; up to $250,000.00 fine; up to 3 years of supervised release; $100.00 special assessment.
Cts. 5-7: Up to 5 years in prison; up to $250,000.00 fine; up to 3 years of supervised release; $100.00 special assessment.
Ct. 8: Up to 20 years in prison; up to $250,000.00 fine; up to 3 years of supervised release; $100.00 special assessment.

☐ In Jail
☑ On Bond
☐ No Arrest

**NAME & ADDRESS of Surety:**

**PROCEEDINGS:**