**Attachment A**

| | |
|---|---|
| THE STATE OF TEXAS | § |
|  | §    AFFIDAVIT |
| COUNTY OF HIDALGO | § |

BEFORE ME, the undersigned official, on this day appeared Roberto Delgado, who is personally known to me, and first being duly sworn according to law upon his oath and said:

    My name is Roberto Delgado and I am 80 years old. My date of birth is 1-28-38. My address is 956 W. Russell Rd, Edinburg, TX 78541. I am an American citizen and served in the US Army during 1961-1963. I was honorably discharged. At present, I am a retired school teacher. I am married to Maria Salinas Delgado, DOB 12-2-37. She is 81 years old.

    I am the first child of 10 born to Luis and Leonor Delgado. My brother, Rodolfo Delgado is the 7th child in the family. He is an attorney by profession and has been a Judge for 28 years. He is charged by Federal Indictment in the United States District Court Southern District of Texas Houston Division (No. 4: 18-CR 00115). The case is set for trial in Houston Texas. My brother, Rudy, has pleaded not guilty. I am not a witness to any of the accusations against my brother. Nonetheless, I do want to attend the trial to support him. If the trial is held in Houston, I will not be able to attend for the following health reasons.

    I have Pericardial effusions, fluid around my heart; and my primary care physician is my brother, Dr. Luis Delgado, Jr. My cardiologist, Dr. Marc Gonzalez, also manages me. I have Pleural effusions, fluid around my lungs, Hypoxemia, which is lower than normal oxygen in the blood, and Obstructive Sleep Apnea. Dr. Mario Gomez Delgado de la Flor, pulmonologist, treats me for these conditions. I also have Esophageal Cancer and am being treated by Dr. Carlos Cardenas, gastroenterologist and Dr. Eugenio Galindo, oncologist. I also suffer from Chronic Kidney Disease and treated by Dr. Reuben Valentin, a nephrologist.

    My wife, Maria, whom I care for, suffers from Alzheimer's Dementia and is being treated by Dr. Luis Delgado, Jr. Maria also suffers from Atrial Fibrillation, an irregular heartbeat, and high blood pressure. Cardiologist Dr. Marc Gonzalez is treating her. Additionally, she suffers from Major Depression and treated by Dr. Luis Delgado, Jr.

    I love my brother deeply and want to be with him in this ordeal he is facing which, if convicted, would result in imprisonment for a very long time. If the trial is held in Houston, given my health and my wife's health, our doctors will not allow us to travel therefore, it will be impossible for us to attend and show our support.

*(signed)* Roberto Delgado
Roberto Delgado

SUBSCRIBED AND SWORN TO BEFORE ME on this 7th day of January, 2019, to certify which witness my hand and official seal.

*(signed)* Blanca Rodriguez Vela
Notary Public in and for
Hidalgo County, Texas

BLANCA A. RODRIGUEZ VELA
Notary Public, State of Texas
Comm. Expires 10-03-2021
Notary ID 131301580

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | §     AFFIDAVIT |
| COUNTY OF HIDALGO | § |

BEFORE ME, the undersigned official, on this day appeared Margarita Salas, who is personally known to me, and first being duly sworn according to law upon her oath and said:

    My name is Margarita Delgado Salas and I am 78 years old. My date of birth is 2-25-40. My address is 3805 Rodriguez St. Edinburg, TX 78540. I am an American citizen, retired widow and living on Social Security. I have seven children, 19 grandchildren and 17 great grandchildren. My son, Jose, DOB 3-11-70, lives with me as I care for him. He is 48 years old.

    I am the 2nd child of 10 born to Luis and Leonor Delgado. My brother, Rodolfo Delgado is the 7th child in the family. He is an attorney by profession and has been a Judge for 28 years. He is charged by Federal Indictment in the United States District Court Southern District of Texas Houston Division (No. 4: 18-CR 00115). The case is set for trial in Houston Texas. My brother, Rudy, has pleaded not guilty. I am not a witness to any of the accusations against my brother. Nonetheless, I do want to attend the trial to support him. If the trial is held in Houston, I will not be able to attend for the following health reasons.

    I suffer from Chronic Kidney Disease, Osteoarthritis, Morbid Obesity and Peripheral Arterial Disease. My brother, Dr. Luis Delgado, Jr, treats me.

    My son, Jose Salas, suffers from Grand Mal Seizures intractable, which are disabling epileptic seizures that do not allow him to work or drive. He receives SSI checks for his disability. Dr. Miguel Gutierrez, a neurologist, treats him. He also suffers from Diabetes Mellitus managed by his primary physician, Dr. Luis Delgado, Jr.

    I love my brother deeply and want to be with him in this ordeal he is facing which, if convicted, would result in imprisonment for a very long time. If the trial is held in Houston, given my health and my son's health, our doctors will not allow us to travel therefore, it will be impossible for us to attend and show our support.

                                                            *Margarita Salas*
                                                            Margarita Salas

SUBSCRIBED AND SWORN TO BEFORE ME on this 7th day of January, 2019, to certify which witness my hand and official seal.

                                                      *Blanca Rodriguez Vela*
                                                      Notary Public in and for
                                                      Hidalgo County, Texas

BLANCA A. RODRIGUEZ VELA
Notary Public, State of Texas
Comm. Expires 10-03-2021
Notary ID 131301580

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | §     AFFIDAVIT |
| COUNTY OF HIDALGO | § |

BEFORE ME, the undersigned official, on this day appeared Mauro Delgado, who is personally known to me, and first being duly sworn according to law upon his oath and said:

    My name is Mauro Delgado and I am 74 years old. My date of birth is 1-20-44. My address is 318 E. Loeb St. Edinburg, TX 78541. I am an American citizen and served in the US Army form 1965-1967. I was honorably discharged. I am a retired commercial truck driver. I am married and live with my wife, Leonor Noelia Pena Delgado. Her DOB is 10-12-44 and she 74 years old. She is a retired school district employee.

    I am the 4th child of 10 born to Luis and Leonor Delgado. My brother, Rodolfo Delgado is the 7th child in the family. He is an attorney by profession and has been a Judge for 28 years. He is charged by Federal Indictment in the United States District Court Southern District of Texas Houston Division (No. 4: 18-CR 00115). The case is set for trial in Houston Texas. My brother, Rudy, has pleaded not guilty. I am not a witness to any of the accusations against my brother. Nonetheless, I do want to attend the trial to support him. If the trial is held in Houston, I will not be able to attend for the following health reasons.

    I had Coronary Bypass Surgery in 2001. I suffer from Hypertension and Coronary Artery Disease. My cardiologist, Dr. Norman Ramirez and my brother, Dr. Luis Delgado, Jr. manage my diseases. I also suffer from Chronic Kidney Disease Stage 3 managed by Dr. Luis Delgado, Jr.

    My wife, Noelia, and I live alone and take care of each other. She suffers from bilateral Macular Degeneration, disease of the eyes that impairs vision. An optometrist, Dr. Ralph Jackson, treats her. She also had surgery to remove a brain tumor in June 2015 by Dr. David Baskin, a neurosurgeon from Houston.

    I love my brother deeply and want to be with him in this ordeal he is facing which, if convicted, would result in imprisonment for a very long time. If the trial is held in Houston, given my health and my wife's health, our doctors will not allow us to travel therefore, it will be impossible for us to attend and show our support.

                                                          _____
                                                                     Mauro Delgado

SUBSCRIBED AND SWORN TO BEFORE ME on this 7th day of January, 2019, to certify which witness my hand and official seal.

                                                    _____
                                                   Notary Public in and for
                                                   Hidalgo County, Texas

[Notary Seal: BLANCA A. RODRIGUEZ VELA, Notary Public, State of Texas, Comm. Expires 10-03-2021, Notary ID 131301580]

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | AFFIDAVIT |
| COUNTY OF HIDALGO | § | |

BEFORE ME, the undersigned official, on this day appeared Hermila Rodriguez, who is personally known to me, and first being duly sworn according to law upon her oath and said:

    My name is Hermila Delgado Rodriguez and I am 72 years old. My date of birth is 1-13-46. My address is 3805 Salinas St. Edinburg, TX 78540. I am an American citizen, retired and living on Social Security. I am married to Jose Rodriguez, DOB 12-26-43. He is 75 years old.

    I am the fifth child of 10 born to Luis and Leonor Delgado. My brother, Rodolfo Delgado is the 7th child in the family. He is an attorney by profession and has been a Judge for 28 years. He is charged by Federal Indictment in the United States District Court Southern District of Texas Houston Division (No. 4: 18-CR 00115). The case is set for trial in Houston Texas. My brother, Rudy, has pleaded not guilty. I am not a witness to any of the accusations against my brother. Nonetheless, I do want to attend the trial to support him. If the trial is held in Houston, I will not be able to attend for the following health reasons.

    I have Advanced Alzheimer's Dementia that requires 24 hours supervision. My neurologist manages my disease and I can't remember his name but my Primary Care Doctor is my brother, Dr. Luis Delgado, Jr. I also have high blood pressure.

    I live with my husband, Jose Rodriguez. He is a retired city employee and suffers from Diabetes Mellitus, Hypertension and Osteoarthritis. He is being treated by Dr. Luis Delgado, Jr.

    I love my brother deeply and want to be with him in this ordeal he is facing which, if convicted, would result in imprisonment for a very long time. If the trial is held in Houston, given my health and my husband's health, our doctors will not allow us to travel therefore, it will be impossible for us to attend and show our support.

*[signature]*
_____
Hermila Rodriguez

SUBSCRIBED AND SWORN TO BEFORE ME on this 7th day of January, 2019, to certify which witness my hand and official seal.

*[signature: Blanca Rodriguez Vela]*
Notary Public in and for
Hidalgo County, Texas

[Notary Seal:]
BLANCA A. RODRIGUEZ VELA
Notary Public, State of Texas
Comm. Expires 10-03-2021
Notary ID 131301580

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | AFFIDAVIT |
| COUNTY OF HIDALGO | § | |

BEFORE ME, the undersigned official, on this day appeared Juan Delgado, who is personally known to me, and first being duly sworn according to law upon his oath and said:

My name is Juan Delgado and I am 68 years old. My date of birth is 8-12-50. My address is 3804 Rodriguez St. Edinburg, TX 78540. I am an American citizen and employed as a driver for an Adult Day Care. I am married and live with my wife, Lucy Gonzalez Delgado. Her DOB is 6-25-53 and she 65 years old.

I am the 6th child of 10 born to Luis and Leonor Delgado. My brother, Rodolfo Delgado is the 7th child in the family. He is an attorney by profession and has been a Judge for 28 years. He is charged by Federal Indictment in the United States District Court Southern District of Texas Houston Division (No. 4: 18-CR 00115). The case is set for trial in Houston Texas. My brother, Rudy, has pleaded not guilty. I am not a witness to any of the accusations against my brother. Nonetheless, I do want to attend the trial to support him. If the trial is held in Houston, I will not be able to attend for the following health reasons.

I suffer from Diabetes Mellitus with neurological symptoms, Peripheral Arterial Disease and Morbid Obesity. My brother, Dr. Luis Delgado, Jr. treats me. I also suffer from Obstructive Sleep Apnea and treated by Dr. Noel Lopez.

My wife, Lucy works at a Nursing Home. She suffers from Diabetes Mellitus, Hypertension, and Chronic Kidney Disease. My brother, Dr. Luis Delgado, Jr. treats her.

I love my brother deeply and want to be with him in this ordeal he is facing which, if convicted, would result in imprisonment for a very long time. If the trial is held in Houston, given my health and my wife's health, our doctors will not allow us to travel therefore, it will be impossible for us to attend and show our support.

_____
Juan Delgado

SUBSCRIBED AND SWORN TO BEFORE ME on this 7th day of January, 2019, to certify which witness my hand and official seal.

_____
Notary Public in and for
Hidalgo County, Texas

BLANCA A. RODRIGUEZ VELA
Notary Public, State of Texas
Comm. Expires 10-03-2021
Notary ID 131301580