UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                               Case Number: 4:18–cr–00115

Rodolfo Rudy Delgado

NOTICE OF SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 8C
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  1/25/2019

**TIME:** 11:30 AM

**TYPE OF PROCEEDING:** Telephone Conference
Motion to Continue – #77

Date:   January 24, 2019

David J. Bradley, Clerk