# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                              Case Number: 4:18–cr–00115

Rodolfo Rudy Delgado

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Rodolfo Rudy Delgado as set forth below.**

**Before the Honorable Alfred H Bennett**

**PLACE:**
McAllen, 8th Floor Courtroom

**DATE:** 7/2/2019

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Jury Selection
Pretrial Conference

Date: June 14, 2019                                              David J. Bradley, Clerk