UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CAUSE NO: 18-CR-00115** |
| | § | |
| **RODOLFO "RUDY" DELGADO** | § | |

### NOTICE OF APPEARANCE AS CO-COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES TERRY WAYNE SHAMSIE, Attorney and hereby enters a Notice of Appearance as Co-Counsel for Defendant RODOLFO "RUDY" DELGADO, in the above-entitled and numbered cause.

Undersigned counsel has fully consulted with Defendant Rodolfo "Rudy" Delgado, about his desire to retain Mr. Terry Wayne Shamsie as co-counsel with attorney Michael McCrum in this matter. Undersigned co-counsel has conferred with Mr. Michael McCrum about this, and he has no objections to Mr. Terry Wayne Shamsie's appearance as co-counsel. Mr. Michael McCrum will continue to be attorney of record with Terry Wayne Shamsie as co-counsel.

Respectfully Submitted,

/s/ *Terry Wayne Shamsie*
Terry Wayne Shamsie
Texas State Bar No. 18089800
Federal Bar No. 11915
Attorney at Law
4002 Castle Valley Drive
Corpus Christi, Texas 78410
(361) 960-6300/(361) 883-5116 (fax)

### Certificate of Service

I hereby certify that a copy of the above and foregoing document has been filed electronically, on this the 30th day of June, 2019 and a copy sent to the United States Attorney's Office, and all other counsel through the court's electronic filing system.

/s/ *Terry Wayne Shamsie*
TERRY WAYNE SHAMSIE