United States District Court
Southern District of Texas
**ENTERED**
July 11, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 4:18-CR-115 |
| | § | |
| RODOLFO RUDY DELGADO | § | |

**ORDER**

The jury in the above captioned case retired to deliberate and advised the court that they will continue deliberations through the lunchtime meal. The Clerk is hereby ordered to provide the lunch meal for the jury. This order is directed to the Financial Section for reimbursement to the Clerk providing the meal.

It is so ORDERED. 07/11/2019.

_____
The Honorable Alfred H. Bennett
United States District Judge