United States District Court
Southern District of Texas
**ENTERED**
August 01, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NUMBER: 18-CR-115 |
| | § | |
| RODOLFO RUDY DELGADO | § | |

## ORDER

On this date came on to be considered the Defendant's Unopposed Motion for Permission to Travel. The Court finds the motion is well-founded; therefore, it is hereby GRANTED.

IT IS HEREBY ORDERED that Defendant Rodolfo Rudy Delgado is permitted to travel to San Antonio, Texas, on Tuesday, July 30, 2019 to meet with his doctor; then to Houston, Texas, to meet with Probation Officer Iglesias on August 1, 2019; and return to Hidalgo County, Texas on Friday, August 2, 2019.

IT IS FURTHER ORDERED that Defendant is ordered to continue to abide by all conditions of release previously ordered by this court except as specifically authorized by this order.

**JUL 3 1 2019**

SIGNED AND ENTERED, on this the _____ day of July 2019.

_____
UNITED STATES DISTRICT JUDGE