# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:18−cr−00115 |
| | § | |
| Rodolfo Rudy Delgado | § | |

## ORDER RESETTING SENTENCING

The sentencing of **Rodolfo Rudy Delgado** is reset:

1. The presentence investigation report is to be disclosed by August 28, 2019.

2. Counsel will file objections or a statement of no objections by September 11, 2019.

3. The final presentence investigation report and addendum will be filed by September 18, 2019.

4. The sentencing hearing is reset to **September 25, 2019 at 01:30 PM**.

Signed on August 16, 2019, at Houston, TX
.

_____
Alfred H. Bennett
United States District Judge

(Copy: U.S. Probation Officer Marissa E. Gutierrez)