UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CAUSE NO. 4:18-CR-115(1) |
| RODOLFO DELGADO | § | |

**DEFENDANT'S OPPOSED MOTION TO EXTEND REPORT DATE TO BOP**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW RODOLFO DELGADO, the Defendant in the above styled and numbered cause, and respectfully moves this Honorable Court to extend the November 19, 2019 Bureau of Prisons report date for Mr. Delgado for an additional 60 days up to and including January 18, 2020. Mr. Delgado is continuing with his attempt to sell his home and needs additional time in which to complete the sale. The appeal transcripts have already been requested, and Mr. Delgado will assist undersigned counsel with the appeal once all the transcripts are received. Counsel contacted Assistant United States Attorney Arthur Jones who stated the government is opposed to the granting of this motion.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully prays that this motion be granted, and Rodolfo Delgado receive a 60-day extension of his report date to BOP.

Respectfully submitted,

GROSS & ESPARZA, P.L.L.C.

/s/ Michael C. Gross
Michael C. Gross
State Bar No. 08534480
1524 North Alamo Street
San Antonio, Texas 78215
(210) 354-1919
(210) 354-1920 (Fax)

Attorney for the Defendant,
RODOLFO DELGADO

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 29th day of October 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to Arthur Jones, arthur.jones@usdoj.gov, Assistant United States Attorney, and I certify that there are no non-CM/ECF participants.

                                                   /s/ Michael C. Gross

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **V.** | § § | **CAUSE NO.  4:18-CR-115(1)** |
| **RODOLFO DELGADO** | § § | |

## ORDER

The Defendant's Opposed Motion to Extend Report Date to BOP is hereby:

_____        Granted, and Rodolfo Delgado is not required to report to the Bureau of Prisons until January 18, 2020.

_____        Denied

SIGNED THIS _____ day of _____, 2019.

_____
JUDGE PRESIDING