United States District Court
Southern District of Texas
**ENTERED**
November 08, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § | CRIMINAL ACTION NO. 4:18-CR-115 |
| RODOLFO RUDY DELGADO | | |

### ORDER

Before the Court are Defendant's Opposed Motion to Extend Report Date to BOP (the "Motion") (Doc. #175) and Government's Response (Doc. #176). Having reviewed the parties' arguments and applicable legal authority, the Court hereby DENIES the Motion.

It is so ORDERED.

NOV 0 8 2019
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge