United States District Court
Southern District of Texas
**ENTERED**
May 18, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL ACTION NO. 4:18-CR-115 |
| RODOLFO RUDY DELGADO | § | |

## ORDER

The parties are hereby ORDERED to make no further filings concerning Defendant's Emergency Motion for Compassionate Release (Doc. #191).

It is so ORDERED.

May 18, 2020
Date

_____
The Honorable Alfred H. Bennett
United States District Judge